McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F-04-5205 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT |
| | ) | |
| MARINO RUEDA MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the Indictment against Marino Rueda Morales be dismissed in the interest of justice.

DATED:__May 3, 2005___                         /s/ OLIVER W. WANGER
                                               OLIVER W. WANGER
                                               U.S. District Court Judge